# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 2, 2007

Charles R. Fulbruge III
Clerk

No. 07-30011
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

SHANNON DWAYNE NELSON, also known as Dawayne Anderson

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:05-CR-20207-1

Before KING, DAVIS and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Shannon Dwayne Nelson appeals his guilty-plea conviction for possession of a firearm by a convicted felon in violation of 18 U.S.C. §§ 922(g)(1) and 924. He argues that the district court erred in accepting his guilty plea because the factual basis was not sufficient to establish that he knowingly possessed the firearm.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Our review of the record is for plain error only.  United States v. Olano, 507 U.S. 725, 731-37 (1993).  Although Nelson denied knowledge of possession of the firearm subsequent to his arrest and prior to his mistrial, he knowingly and voluntarily admitted guilt of the elements of the crime, including knowing possession of the firearm at the rearraignment hearing.  Our review of the record, including the indictment, the factual stipulation, the rearraignment transcript, and the presentence report, demonstrates that Nelson's guilty plea was supported by a sufficient factual basis, and the district court's acceptance of his plea was not plainly erroneous.  See United States v. Reasor, 418 F.3d 466, 470 (5th Cir. 2005); see also United States v. Dyer, 136 F.3d 417, 425 n.13 (5th Cir. 1998); United States v. Ammirato, 670 F.2d 552, 555 (5th Cir. 1982).

AFFIRMED.